UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PRIMITIVO ROBLES, on behalf of himself and all others
similarly situated,

        Case No. 24-cv-08447-MMG

     Plaintiff,

    -against-

HIGHLIFE HEALTH, LLC,      **NOTICE OF APPEARANCE**

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

   **PLEASE TAKE NOTICE** that Justin T. Kelton, of Abrams Fensterman, LLP, appears as

counsel for Defendant Highlife Health, LLC in the above-captioned proceeding.

Dated:  Brooklyn, New York
    December 29, 2024

         **ABRAMS FENSTERMAN, LLP**

         _/s/ Justin T. Kelton_
         Justin T. Kelton
         1 MetroTech Center, Suite 1701
         Brooklyn, NY 11201
         Tel: (718) 215-5300
         Fax: (718) 215-5304
         Email: jkelton@abramslaw.com
         _Attorneys for Defendant_